FILED

4:49 pm, Jun 06, 2019

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

This. is. a. civil complaint. 1983.
From. inmate. King Jew Jewish
if 27-0347. A.K.A. David Young.
For. 3. months. and. continuing.
ve. is. on. 24 hour. Lock down. At. NCCF.
i. Comitted. No. OFFences.
i. have. No. conduct reports.
i. is. No. court. order. For. treatment.
i. requested. PC single cell
in. custody. with. No. contact
with. inmates.
NCCF. continue's. to. violate's
thee religion. i. follow.
3. months. and. continuing. i continue,
to. request. For. a. religion. diet.
i King Jew Jewish. is. requesting,
A. muslin. diet. or. Kosher. diet.
i. King Jew Jewish. is. registed.
Shrea Law spiritual work.
i. follow. 100. precent. muslim beliefs,
And. brigittine middle Ages. beliefs.
And. certen. hebrew beliefs. 100. precent. muslim.
No. violence. is i. i. resect. society.
i need. a. muslim. diet. indeed. or. kosher.
peace. to. you.
NCCF. refuses. to. Give. i. a. sweater.
religion. and. beliefs. i need. to.
cover. thee. Arms. requesting. a. sweater.
i. Atten. No. religion. service's.
i. refuse. religion. service's.
A. religion. diet. is. a. right. to have.
i. eat. a. Lot. of. Kosher. when. Free.
or. muslim. Food's. Army. sector's.
And. New York State. hospital. doctor's.
orders. i. to. eat. top ramen soups.
each. day. and. eat breachin.
And. eat. 3000. to. 4000. calories.
a. day. turn over

NCCF refuses to Give i BBachips
8 topramen soups each day.
starch is a vitmen to i thats need.
NCCF is causen a MEDICAL
condition to harsen and wrosen.
that is illegal and unfashionble.
i King Jew Jewish is underwight.
145 pounds i wigh hight is 600 foot
NCCF Nurse's refuse to Give i

double Portions that is illegal
unfashionible this is.

doctors have orderd i to smoke
OPIUM and meth 8 tobacco.
Army doctors and Newyorks State
hospitals doctors have ordered
i to smoke meth tobacco opium
NCCF is causen a MESICAL
condition to harshen 8 wrosen.
that is illegal i need meth opium 8 tobacco
doctors have orders i to eat
Kosher or muslim foods and
chips and topramen 8 cowsmilk.
with Kosher or muslin diet foods.
i need a sweater requesting a diet.
NCCF refuses to Give i state pay
that is illegal and cruel 8 unfashionble.
since march and continuing NCCF
refuses i to Give i Commissary
staff at NCCF continue to Violate
i King Jew Jewish rights Forcen a inmate
to Atten Group is illegal Forcen a inmate
to Atten treatment is illegal.
24 hour lock down is illegal 8 cruel.
inmates at NCCF out fes
small Portions ans a small
sack lunch for
dinner this is cruel.

this. is. a. medical malPractice Form.
551:
From. Inmate. King Jew Jewish.
27. 0347. 00. 03. 2019. B.C.
MH4. 4,4   Contact. InFormation.
Contact. thee Prison. is At.

i. King jew Jewish  is. Underwight. 145.
Pounds. hight is. 6 or Foot.
NECE. Nurses. refuse. to. Give.
    . + double. Portions.
    That, is, illegal. & Cruel.
    NCF. Nurses. our. cause, n.
      a. medical. condition. to.
    harshen. and. wrosen. that. is.
illegal. and. cruel. & unfashionble.
NCLF. Nurses. and. doctors.
refuse. to. give. i. thee. correct.
medications. i need. that, is. illegal.
.i. need. opium to. smoke. and. i need.
tobacco. to. smoke.
opium. meth. tobacco. our. ill. a.
vitmen. to. i. indeed. causes. No. harm.
reauesting. opium meth. And. tobacco.

. i. King Jew Jewish. is. orders. by.
Army. doctors. and. New York state.
hospital doctors. to. eat.
A. lot of. kosher Foods. and.
muslim. Foods. spicey. It is.
topramen. spicey. rols soda.
crackers. wheat thins.
wheat cereal cow cheese.
Cakes. and. cookies. starch.
rice. pizza.   Jur over

Order to pure muslim. or Kosher diet
eat.

choclett. milk.    wheat bread. spicey
choclett cake. maid. of. none dairy. none soy
eat. oat meal. with brown. sugar. g. honey.
eat. waffles. ars. pancakes.
with. syrup. and. honey.
eat. a. lot. of. spicey. fris.
eat. cheese. crackers.
herbs. ars.       spices rosemary herb.

eat a. lot. of. spicey. fris.
eat. two slieves. of. crackers. a. day.

eat a big. spicey chocLett. cake.
each week. maid of. none dairy none soy.
drink tea. chocLett milk. cows milk.
Monster Expresso's. spicey cold soda

eat. pure. chorlett. candey.
eat. spicey chocLett. candex
eat. 4 pices. of. butterd. wheat. tost.
a. day.
requesting. you. help. to get. a diet.

i. nees. a.      sweater. to
help. mental. issues.
requesting a.       sweater. to. were.

doctors. orderd. i to eat.
a. bag. of        chips. each day.
   a. big. bag.
And. smoke       meth. and. tubacc.
   requesting.     help. from. an Judge.
i. nees a radio.  to. help.
depression.      and ptsd. in custody.
requesting       a. radio.
and a. order      and a sweater.